```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

EDUARDO MAZZARO DE ABREU, et al.,      :

               Plaintiffs,    :    06 Civ. 673 (LMM)

     - v -                             :    MEMORANDUM AND ORDER

BANK OF AMERICA CORPORATION,           :
BANK OF AMERICA, N.A. and
STANDARD CHARTERED BANK,               :

               Defendants.    :

---------------------------------------x

McKENNA, D.J.

    For the reasons set forth in the Court's sealed Memorandum and Order of June 14, 2011, defendants may have judgment dismissing this action.

SO ORDERED.

Dated: June 14, 2011

                                        Lawrence M. McKenna
                                        U.S.D.J.

COPIES MAILED TO COUNSEL  14 JUN 2011