UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EDUARDO MAZZARO DE ABREU, et al.,
               Plaintiffs,

-against-

BANK OF AMERICA CORPORATION,
BANK OF AMERICA, N.A. and
STANDARD CHARTER BANK,
               Defendants.
-----------------------------------------------------------X

06 CIVIL 673 (LMM)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/11

    Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Lawrence M. McKenna, United States District Judge, and the Court, on June 14, 2011, having rendered its Order that for the reasons set forth in the Court's sealed Memorandum and Order of June 14, 2011, defendants may have judgment dismissing the action, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's sealed Memorandum and Order dated June 14, 2011, defendants' have judgment and the case is dismissed.

**Dated:** New York, New York
         June 17, 2011

                                              RUBY J. KRAJICK
                                                  Clerk of Court
                           BY:
                                                  Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____