

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDUARDO MAZZARO DE ABREU, *et al.*, | INDEX NO. 06-CV-673 (LMM) |
| Plaintiffs, | ECF CASE |
| -against- | **NOTICE OF APPEAL** |
| BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A. AND STANDARD CHARTERED BANK, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A), Plaintiffs Eduardo Mazzaro de Abreu, Acapulco International Ltd., Carla Aldred, Paulo Roberto Baggio de Castro, Balaton Business LLC, Mercede Barbiani, José Luiz Quadros Barros, Lionello Bassani, Giovane O. Bastos, Helvécio Belisário, Loide Silva Beulke, Luis Felipe da Rocha Brandão, Edson Castelan, Jose Castelo, Pascoal D'Angelo and André D'Angelo, Antonio Carlos De Castro, Filadelfio dos Reis Dias, Amir Michel Farha, Marcos Braga Ferreira, Wilson José de Souza Filho, John Gardiner, Carlos Henrique Gentile, João Justo Giaquinto, International Investments Overseas, Deny Jeneral, Maria Helena Joiozo, Peter Jordan, Dante Laurini Júnior, Jacira Klein, Loivo Valdir Krein, Alberto Kushima, Paulo de Carvalho Lacombe, Luiza Lei, Pedro A. Livramento, Helvécio Neves Marins, Laurentino Mascari, Edgar Melo, Maria Luisa de Sá Miranda, Jamil Zaki Namour, Augusto Camargo Neto, Decio Aldred Neto, Paulo Nishimura, Omega Parts Trade Limited, Pacific Coast Independent Industrial Corp., Fernando Arena Panizzutti, Peastrow S.A., Dirceu Pereira, Ângelo Polizzi, RALFFA LLP, Marcus Aurélio Pereira Rodrigues, Rutherford Trading S.A., Rutherford Investment Group C.V., Rutherford UK LLP, Victor Albert Samama, Cesar Geraldo Hupsel dos Santos, São Cristóvão Comercial Exportadora Ltda., Junia Maria Rios Neto Sarti, Anna Schlossman, Seral Holdings Corp., Marcos Sibinelli, Jaime Storto, Strepton Services Ltd., Sunbourn Sociedad Anonima,

929388.1

Sandra Alves Teixeira, Sérgio Terra, Egashira Toshihiko, Udstar Corporation, Miguel Vizioli, and Work Investments, Inc. hereby appeal to the United States Court of Appeals for the Second Circuit the Court's June 14, 2011 Memorandum and Order [Docket No. 126] granting Defendant Standard Chartered Bank's Motion for Summary Judgment and Defendants Bank of America Corporation and Bank of America, N.A.'s Motion for Summary Judgment, and Judgment of June 17, 2011 [Docket No. 127].

Dated: July 14, 2011

Respectfully submitted,

David S. Stellings

David S. Stellings (DS 5343)
Daniel E. Seltz (DS 0837)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Geoffrey L. Harrison (GH 7807)
Alexander L. Kaplan (*Pro Hac Vice*)
SUSMAN GODFREY, LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Counsel for Plaintiffs*

## Certificate of Service

I certify that on July 14, 2011 this document properly was served on the below counsel via email pursuant to the parties' agreement.

Sharon L. Nelles
Bradley Smith
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000

Robert F. Wise
Angela T. Burgess
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000

David B. Chenkin
Anthony Giacobbe
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
Telephone: (212) 223-0400

/s/ Daniel E. Seltz
Daniel E. Seltz