**MANDATE**

S.D.N.Y CASE#
06-CV-673(LMM)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 22nd day of July, two thousand and eleven.

EDUARDO MAZZARO DE ABREU, *ET AL.*,

    *Plaintiffs-Appellants*,

    v.

BANK OF AMERICA CORP., BANK OF AMERICA, N.A., STANDARD CHARTERED BANK,

    *Defendants-Appellees.*

**ORDER**

Docket No.: 11-2853

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/22/2011

IT IS HEREBY ORDERED that the motion by Appellants to withdraw the appeal is GRANTED, with prejudice.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE: Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/22/2011